**Order entered January 25, 2019**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00714-CV

### ROBERT L. WILSON, Appellant

### V.

### J. RANDLE HENDERSON, Appellee

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-15162

## ORDER

Before the Court is appellee's January 23, 2019 motion for an extension of time to file a brief and appellant's objection. We **GRANT** the motion and extend the time to **February 14, 2019**.

On the Court's own motion, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file, by **February 1, 2019**, the supplemental clerk's record as requested by letter filed with the District Clerk's Office on January 22, 2019.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/      ERIN A. NOWELL
         JUSTICE